IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| EDDIE JAMES BURTON, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:08-CV-28 (CDL) |
| MUSCOGEE COUNTY JAIL and MEDICAL DEPARTMENT STAFF, Muscogee County Jail, | * |
| Defendants. | * |

ORDER ON REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on July 11, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 15th day of October, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE